1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7

8

9

10

11

SCOTT D. JOHNSON,

                              Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                              Defendant.

Case No. 3:15-cv-05337-KLS

ORDER GRANTING PLAINTIFFS
APPLICATION TO PROCEED IN
FORMA PAUPERIS

12

13      Plaintiff's application to proceed *in forma pauperis* (*see* Dkt. 1) is GRANTED.  Plaintiff

14 does not appear to have funds available to afford the $400.00 Court filing fee.

15      DATED this 27th day of May, 2015.

16

17

18

19

20

21

Karen L. Strombom
United States Magistrate Judge

22

23

24

25

26

ORDER - 1